**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MacDremma, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Anytime Fitness** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1078975** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **67555 E. Palm Canyon Drive, E106**<br>**Cathedral City, CA 92234**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL) _____

6.  Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MacDremma, Inc.**           Case number *(if known)* _____
Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **MacDremma, Inc.**                                         Case number *(if known)* _____
    <u>Name</u>

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### ▇ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **MacDremma, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   MacDremma, Inc.                                                    Case number (if known) _____
          Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   MAR 31 2023
              MM / DD / YYYY

X _____          Michael A. Heinold
Signature of authorized representative of debtor       Printed name

Title   Managing Member

18. Signature of attorney

X _____          Date   MAR 31 2023
Signature of attorney for debtor                          MM / DD / YYYY

Summer Shaw, Esq.
Printed name

SHAW & HANOVER, PC
Firm name

44-901 Village Court, Suite B
Palm Desert, CA 92260
Number, Street, City, State & ZIP Code

Contact phone   (760) 610-0000     Email address   ss@shaw.law

283598 CA
Bar number and State

Fill in this information to identify the case:

Debtor name    MacDremma, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

▉▉▉    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒    Schedule H: Codebtors (Official Form 206H)
☒    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐    Amended Schedule _____
☒    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    MAR 3 1 2023        X _____
                                       Signature of individual signing on behalf of debtor

                                       Michael A. Heinold
                                       Printed name

                                       Managing Member
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | MacDremma, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brickhouse Capital, LLC 8161 East Indian Bend, Suite 103 Scottsdale, AZ 85250 | | Cryosauna | | $42,409.00 | $10,000.00 | $32,409.00 |
| Capital One, N.A. Attn: Officer, Director or Managing Agent 1680 Capital One Drive Mc Lean, VA 22102 | | Credit Card | | | | $10,984.37 |
| Christopher Pyle CPA, Inc. 71687 Highway 111, Suite 203 Rancho Mirage, CA 92270 | | Services | | | | $1,250.00 |
| Dr. Gautam Vadlamudi, MD 1001 Nut Tree Road Vacaville, CA 95687 | | Vendor | | | | $3,000.00 |
| Jessica Saleh Munoz 37067 Bankside Drive, Unit 1 Cathedral City, CA 92234 | | Lawsuit by former Employee | Disputed | | | $0.00 |
| Markel American Insurance Attn: Officer, Director or Managing Agent 4521 Highwoods Parkway Glen Allen, VA 23068 | | Workers' Compensation resulting from Audit | | | | $2,061.00 |

Debtor   **MacDremma, Inc.**                                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael Heinold 1700 kS. Araby Drive, Apt. 70 Palm Springs, CA 92264** | | **Shareholder Loan** | | | | $173,150.00 |
| **Midland States Bank Attn: Officer, Director or Managing Agent 1201 Network Centre Drive Effingham, IL 62401** | | **Gym equipment, signage, 1 washer, and 1 dryer** | | $526,208.12 | $100,000.00 | $526,208.12 |
| **U.S. Bank, N.A. Attn: Officer, Director or Managing Agent 425 Walnut Street Cincinnati, OH 45202** | | **Credit Card** | | | | $13,557.23 |
| **U.S. Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155** | | **Gym equipment, signage, 1 washer, and 1 dryer** | | $198,879.00 | | $98,879.00 |
| **Welld Health 455 2nd Street SE Suite 300 Charlottesville, VA 22902** | | **Vendor** | | | | $1,520.00 |

## United States Bankruptcy Court
### Central District of California

In re   MacDramma, Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Michael Heinold<br>1700 kS. Araby Drive, Apt. 70<br>Palm Springs, CA 92264 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **MAR 31 2023**

Signature _____
Michael A. Heinold

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Palm Desert** _____ , California.

Date: **MAR 3 1 2023**

Michael A. Heinold
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1       **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **MacDremma, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $      135,896.04

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $      135,896.04

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      767,496.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $            0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      205,522.60

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $      973,018.72

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MacDremma, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Business Checking Account** | 2311 | $3,723.52 |
| 3.2. | **US Bank** | **Business Checking Account** | 4160 | $347.52 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$4,071.04

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit** | $15,025.00 |
|---|---|---|

Debtor    **MacDremma, Inc.**
_____    Case number (if known) _____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.
| | $15,025.00 |

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **81,000.00**   -   **81,000.00**   =....    $0.00
face amount                                    doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.
| | $0.00 |

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **AdvoCare Supplements** | | $0.00 | Liquidation | $200.00 |

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.
| | $200.00 |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____    Valuation method _____    Current Value _____

Debtor  **MacDremma, Inc.**                                      Case number *(if known)* _____
_____
Name

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>1 Table, 4 chairs, 1 reception desk, 4 wellness chairs, 1 desk, 1 loveseat, and Palm Springs artwork | $0.00 | Liquidation | $2,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>2 Desktop computers, 2 laptops, 2 iPads, 6 flat screen televisions, and security system | $0.00 | Liquidation | $4,600.00 |

42.     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    $6,600.00

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | MacDremma, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Gym equipment, signage, 1 washer, and 1 dryer | $0.00 | Liquidation | $100,000.00 |
| Cryosauna | $0.00 | Liquidation | $10,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    $110,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.anytimefitness.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** Anytime Fitness Franchise | $0.00 | Liquidation | $0.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| Debtor | **MacDremma, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Remaining pre-petition retainer held in trust account of Debtor's account**

| | $0.00 |
|---|---|

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **MacDremma, Inc.**

 Name    Case number *(if known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,071.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,025.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $110,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $135,896.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $135,896.04 |

Fill in this information to identify the case:

Debtor name      **MacDremma, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1**  **Brickhouse Capital, LLC** | Describe debtor's property that is subject to a lien | $42,409.00 | $10,000.00 |
| Creditor's Name | **Cryosauna** | | |

**2.1**  **Brickhouse Capital, LLC**
Creditor's Name

**8161 East Indian Bend,
Suite 103
Scottsdale, AZ 85250**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/2021**

Last 4 digits of account number
**3129**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Cryosauna**

Describe the lien
**Equipment Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $42,409.00    Column B: $10,000.00

---

**2.2**  **Midland States Bank**
Creditor's Name

**Attn: Officer, Director or
Managing Agent
1201 Network Centre Drive
Effingham, IL 62401**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**06/2018**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Gym equipment, signage, 1 washer, and 1 dryer**

Describe the lien
**Small Business Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: $526,208.12    Column B: $100,000.00

Debtor  **MacDremma, Inc.**
     Name

Case number (if known) _____

| | | |
|---|---|---|
| ☐ No | ☐ Contingent | |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |
| **1. U.S. Small Business Administration** | | |
| **2. Midland States Bank** | | |

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$198,879.00** | **$0.00** |
|---|---|---|---|---|

  Creditor's Name

**Gym equipment, signage, 1 washer, and 1 dryer**

**14925 Kingsport Road
Fort Worth, TX 76155**

  Creditor's mailing address

**Describe the lien**

**Secured Disaster Loan**

Is the creditor an insider or related party?

  Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**08/2021**

**Last 4 digits of account number**

**7407**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Specified on line 2.2**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$767,496.12** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Midland States Bank
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203** | Line _2.2_ | |

**Fill in this information to identify the case:**

Debtor name  **MacDremma, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**California Department of Tax and<br>Fee Administration<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only - Listed in caution, no known debt** | | |
| | Last 4 digits of account number **8975** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Employment Development<br>Department\*<br>Bankruptcy Group MIC92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only - Listed in caution, no known debt** | | |
| | Last 4 digits of account number **8975** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor    **MacDremma, Inc.**                                                    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only - Listed in caution, no known debt** | | |
| | Last 4 digits of account number **8975**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**State of California**<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only - Listed in caution, no known debt** | | |
| | Last 4 digits of account number **8975**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                        Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Anytime Fitness, LLC**<br>**111 Weir Drive**<br>**Saint Paul, MN 55125** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **03/2018**<br>Last 4 digits of account number __ | Basis for the claim:  **Franchise Agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Canyon Plaza East**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**1919 Grand Avenue, Suite 2A**<br>**San Diego, CA 92109** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **07/2018**<br>Last 4 digits of account number __ | Basis for the claim:  **Commerical Lease Agreement for Suite E104 - E106**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Canyon Plaza East**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**1919 Grand Avenue, Suite 2A**<br>**San Diego, CA 92109** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Commerical Lease Agreement for Suite E103**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor    **MacDremma, Inc.**    Case number (if known) _____
_____Name_____

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,984.37 |
|---|---|---|---|

**Capital One, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Christopher Pyle CPA, Inc.**
**71687 Highway 111, Suite 203**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred  **03/2023**

Last 4 digits of account number  **0260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Dr. Gautam Vadlamudi, MD**
**1001 Nut Tree Road**
**Vacaville, CA 95687**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |
|---|---|---|---|

**Jessica Saleh Munoz**
**37067 Bankside Drive, Unit 1**
**Cathedral City, CA 92234**

Date(s) debt was incurred  **07/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit by former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,061.00 |
|---|---|---|---|

**Markel American Insurance**
**Attn: Officer, Director or**
**Managing Agent**
**4521 Highwoods Parkway**
**Glen Allen, VA 23068**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **5703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers' Compensation resulting from Audit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,150.00 |
|---|---|---|---|

**Michael Heinold**
**1700 kS. Araby Drive, Apt. 70**
**Palm Springs, CA 92264**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,557.23 |
|---|---|---|---|

**U.S. Bank, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**425 Walnut Street**
**Cincinnati, OH 45202**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **5057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **MacDremma, Inc.**
　　　　Name

Case number (if known) _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|------|------|------|------|

**Welld Health**
**455 2nd Street SE**
**Suite 300**
**Charlottesville, VA 22902**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **Canyon Plaza East, LLC**<br>**Attn: Agent for Service of Process**<br>**1919 Grand Avenue, Suite 2A**<br>**San Diego, CA 92109** | Line **3.2**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.2 | **Canyon Plaza East, LLC**<br>**Attn: Agent for Service of Process**<br>**1919 Grand Avenue, Suite 2A**<br>**San Diego, CA 92109** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.3 | **Capital One, N.A.**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.4 | **Gautam K. Vadlamudi, M.D.**<br>**Attn: Officer, Dirctor or**<br>**Managing Agent**<br>**471 Peacock Way**<br>**Vacaville, CA 95688** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.5 | **Gautam K. Vadlamudi, M.D.**<br>**Attn: Agent for Service of Process**<br>**1411 Oliver Road, Suite 300**<br>**Fairfield, CA 94534** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.6 | **Markel American Insurance**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.7 | **Richard T. Avis, Attorney &**<br>**Associates, LLC**<br>**PO Box 31579**<br>**Chicago, IL 60631** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **_** |
| 4.8 | **Rose Law, APC**<br>**Attn: Joseph W. Rose**<br>**Attorneys for Jessica Munoz**<br>**4092 Bridge Street**<br>**Fair Oaks, CA 95628** | Line **3.7**<br><br>☐ Not listed. Explain ____ | **_** |

| Debtor | MacDremma, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | U.S. Bank, N.A.<br>Attn: Agent for Service of Process<br>425 Walnut Street<br>Cincinnati, OH 45202 | Line __3.10__<br><br>☐  Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 205,522.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 205,522.60 |

**Fill in this information to identify the case:**

Debtor name    **MacDremma, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement**

State the term remaining

List the contract number of any government contract

> **Anytime Fitness, LLC**
> **Attn: President**
> **111 Weir Drive**
> **Saint Paul, MN 55125**

**2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Cryosauna Equipment Lease**

State the term remaining — **4 Years**

List the contract number of any government contract

> **Brickhouse Capital, LLC**
> **8161 East Indian Bend, Suite 103**
> **Scottsdale, AZ 85250**

**2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease Agreement for Suites E104 - E106**

State the term remaining — **6 Years**

List the contract number of any government contract

> **Canyon Plaza East**
> **Attn: Officer, Director or Managing Agent**
> **1919 Grand Avenue, Suite 2A**
> **San Diego, CA 92109**

**2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease Agreement for Suite E103**

State the term remaining — **6 Years**

List the contract number of any government contract

> **Canyon Plaza East**
> **Attn: Officer, Director or Managing Agent**
> **1919 Grand Avenue, Suite 2A**
> **San Diego, CA 92109**

Debtor 1   **MacDremma, Inc.**
    First Name       Middle Name       Last Name     .                      Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ceterus** |
| | List the contract number of any government contract | | **804 Meeting Street** |
| | | | **Charleston, SC 29403** |

| Fill in this information to identify the case: |
|---|

Debtor name __MacDremma, Inc.__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | _Column 1: Codebtor_ | | _Column 2: Creditor_ | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | **Michael Heinold** | **1700 S. Araby Drive, Apt. 70 Palm Springs, CA 92264** | **U.S. Small Business Administration** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Michael Heinold** | **1700 S. Araby Drive, Apt. 70 Palm Springs, CA 92264** | **Midland States Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Michael Heinold** | **1700 S. Araby Drive, Apt. 70 Palm Springs, CA 92264** | **Canyon Plaza East** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.4 | **Michael Heinold** | **1700 S. Araby Drive, Apt. 70 Palm Springs, CA 92264** | **Canyon Plaza East** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.5 | **Michael Heinold** | **1700 kS. Araby Drive, Apt. 70 Palm Springs, CA 92264** | **Anytime Fitness, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

Debtor   **MacDremma, Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name   **MacDremma, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $100,463.69 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $704,989.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $505,770.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **MacDremma, Inc.**                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Canyon Plaza East** **Attn: Officer, Director or** **Managing Agent** **1919 Grand Avenue, Suite 2A** **San Diego, CA 92109** | 01/2023 - $11221.00 02/2023 - $11221.00 03/2023 - $11459.00 | $33,901.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Commerical Lease__ |
| 3.2. **Canyon Plaza East** **Attn: Officer, Director or** **Managing Agent** **1919 Grand Avenue, Suite 2A** **San Diego, CA 92109** | 01/2023 - $3074.00 02/2023 - $3074.00 03/2023 - $3166.00 | $9,314.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Commercial Lease__ |
| 3.3. **Midland States Bank** **Attn: Officer, Director or** **Managing Agent** **1201 Network Centre Drive** **Effingham, IL 62401** | 01/2023 - $8768.00 02/2023 - $8768.00 03/2023 - $8768.00 | $26,304.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__SBA Loan__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **MacDremma, Inc.**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jessica Saleh Munoz<br>vs.<br>MacDremma, Inc. dba<br>Anytime Fitness | Complaint for Damages and Injuctive Relief/Employment Claims | Superior Court of California County of Riverside 3255 East Tahquitz Canyon Way Palm Springs, CA 92262 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | **SHAW & HANOVER, PC**<br>44-901 Village Court, Suite B<br>Palm Desert, CA 92260 | **Pre-petition attorney fees and costs for filing fee.** | **03/2023** | **$6,885.50** |

Email or website address
**ss@shaw.law**

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **MacDremma, Inc.**                                         Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   **MacDremma, Inc.**                                                    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **MacDremma, Inc.**                                                      Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Ceterus Accounting**<br>**804 Meeting Street**<br>**Charleston, SC 29403** | **01/2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Christopher Pyle CPA, Inc.**<br>**71687 Highway 111, Suite 203**<br>**Rancho Mirage, CA 92270** | **01/2019 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Christopher Pyle CPA, Inc.**<br>**71687 Highway 111, Suite 203**<br>**Rancho Mirage, CA 92270** | |
| 26c.2.    **Ceterus Accounting**<br>**804 Meeting Street**<br>**Charleston, SC 29403** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **MacDremma, Inc.**    Case number *(if known)* _____

☐ None

**Name and address**

26d.1.    **Midland States Bank**
**Attn: Officer, Director or**
**Managing Agent**
**1201 Network Centre Drive**
**Effingham, IL 62401**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Heinold | 1700 S. Araby Drive, Apt. 70 Palm Springs, CA 92264 | Chief Executive Officer | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $982.27 | 03/25/2022 | Payroll |
| **Relationship to debtor** **Managing Member** | | | |
| 30.2 **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $831.80 | 04/08/2022 | Payroll |
| **Relationship to debtor** **Managing Member** | | | |

Debtor    **MacDremma, Inc.**

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $1,280.06 | 04/22/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.4 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $831.80 | 05/06/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.5 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $677.70 | 05/20/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.6 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $982.27 | 06/03/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.7 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $982.27 | 06/17/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.8 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $2,281.59 | 07/01/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.9 **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $982.27 | 07/15/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |
| 30.1 0. **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264** | $982.27 | 07/29/2022 | Payroll |
| Relationship to debtor<br>**Managing Member** | | | |

Debtor   **MacDremma, Inc.**_____   Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $982.27 | **08/12/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 2. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $982.27 | **08/26/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 3. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $982.27 | **09/09/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 4. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $1,564.60 | **09/23/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 5. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $831.80 | **10/07/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 6. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $677.70 | **10/21/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 7. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $1,280.06 | **11/04/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |
| 30.1 8. | **Michael Heinold** **1700 S. Araby Drive, Apt. 70** **Palm Springs, CA 92264** | $1,280.06 | **11/18/2022** | Payroll |
| | **Relationship to debtor** **Managing Member** | | | |

Debtor   **MacDremma, Inc.**                                       Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.19. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $982.27 | 12/02/2022 | **Payroll** |
| 30.20. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $1,280.06 | 12/16/2022 | **Payroll** |
| 30.21. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $1,131.97 | 12/30/2022 | **Payroll** |
| 30.22. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $992.39 | 01/13/2023 | **Payroll** |
| 30.23. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $1,292.59 | 02/24/2023 | **Payroll** |
| 30.24. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $1,292.59 | 03/24/2023 | **Payroll** |
| 30.25. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $839.63 | 03/17/2023 | **Payroll** |
| 30.26. | **Michael Heinold**<br>**1700 S. Araby Drive, Apt. 70**<br>**Palm Springs, CA 92264**<br><br>Relationship to debtor<br>**Managing Member** | $1,974.74 | 03/10/2023 | **Payroll** |

Debtor    **MacDremma, Inc.**                                                    Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■  No
    ☐  Yes. Identify below.

    **Name of the parent corporation**                                     **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■  No
    ☐  Yes. Identify below.

    **Name of the pension fund**                                           **Employer Identification number of the pension fund**

Debtor    MacDremma, Inc. _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **MAR 3 1 2023**

_____        Michael A. Heinold _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### United States Bankruptcy Court
#### Central District of California

In re    MacDremma, Inc.                                       Case No. _____
                                    Debtor(s)                 Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $    **Pursuant to hourly
                                                                                  fee agreement and
                                                                                  Application to
                                                                                  employ to be
                                                                                  approved by this
                                                                                  Court**

    Prior to the filing of this statement I have received _____    $    **5,147.50**
    Balance Due _____    $    **0.00**

2.  The source of the compensation paid to me was:
    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:
    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]   Debtor's Counsel also recieved $1738 for the Debtor's
                                       filing fee.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

    03 / 31 / 2023
    _____
    Date                                        _____
                                                **Summer Shaw, Esq.**
                                                *Signature of Attorney*
                                                **SHAW & HANOVER, PC**
                                                **44-901 Village Court, Suite B**
                                                **Palm Desert, CA 92260**
                                                **(760) 610-0000   Fax: (760) 687-2800**
                                                **ss@shaw.law**
                                                *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.** 44-901 Village Court, Suite B Palm Desert, CA 92260 (760) 610-0000 Fax: (760) 687-2800 California State Bar Number: 283598 CA ss@shaw.law | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>MacDremma, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>---<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____MAR 3 1 2023_____        _____
                                    Signature of Debtor 1

Date: _____        _____
                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____        _____
                                    Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

MacDremma, Inc.
67555 E. Palm Canyon Drive, E106
Cathedral City, CA 92234


Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260


Anytime Fitness, LLC
111 Weir Drive
Saint Paul, MN 55125


Anytime Fitness, LLC
Attn: President
111 Weir Drive
Saint Paul, MN 55125


Brickhouse Capital, LLC
8161 East Indian Bend, Suite 103
Scottsdale, AZ 85250


California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055


Canyon Plaza East
Attn: Officer, Director or
Managing Agent
1919 Grand Avenue, Suite 2A
San Diego, CA 92109


Canyon Plaza East, LLC
Attn: Agent for Service of Process
1919 Grand Avenue, Suite 2A
San Diego, CA 92109

Capital One, N.A.
Attn: Officer, Director or
Managing Agent
1680 Capital One Drive
Mc Lean, VA 22102


Capital One, N.A.
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Ceterus
804 Meeting Street
Charleston, SC 29403


Christopher Pyle CPA, Inc.
71687 Highway 111, Suite 203
Rancho Mirage, CA 92270


Dr. Gautam Vadlamudi, MD
1001 Nut Tree Road
Vacaville, CA 95687


Employment Development Department*
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001


Gautam K. Vadlamudi, M.D.
Attn: Officer, Dirctor or
Managing Agent
471 Peacock Way
Vacaville, CA 95688


Gautam K. Vadlamudi, M.D.
Attn: Agent for Service of Process
1411 Oliver Road, Suite 300
Fairfield, CA 94534

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jessica Saleh Munoz
37067 Bankside Drive, Unit 1
Cathedral City, CA 92234


Markel American Insurance
Attn: Officer, Director or
Managing Agent
4521 Highwoods Parkway
Glen Allen, VA 23068


Markel American Insurance
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Michael Heinold
1700 kS. Araby Drive, Apt. 70
Palm Springs, CA 92264


Michael Heinold
1700 S. Araby Drive, Apt. 70
Palm Springs, CA 92264


Midland States Bank
Attn: Officer, Director or
Managing Agent
1201 Network Centre Drive
Effingham, IL 62401


Midland States Bank
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203

Richard T. Avis, Attorney &
Associates, LLC
PO Box 31579
Chicago, IL 60631


Rose Law, APC
Attn: Joseph W. Rose
Attorneys for Jessica Munoz
4092 Bridge Street
Fair Oaks, CA 95628


State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


U.S. Bank, N.A.
Attn: Officer, Director or
Managing Agent
425 Walnut Street
Cincinnati, OH 45202


U.S. Bank, N.A.
Attn: Agent for Service of Process
425 Walnut Street
Cincinnati, OH 45202


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Welld Health
455 2nd Street SE
Suite 300
Charlottesville, VA 22902

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No.: (760) 610-0000**<br>**Facsimile No.: (760) 687-2800**<br>**Email: ss@shaw.law** | |
| ☑ *Attorney for: Debtor, MacDremma, inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION**

| In re:<br>    **MacDremma, Inc.**<br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Michael Heinold**                              , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

*[Check the appropriate boxes and, if applicable, provide the required Information.]*

1.  I have personal knowledge of the matters set forth in this Statement because:
    - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

MAR 3 1 2023

Date .

By: _____
Signature of Debtor, or attorney for Debtor

Name:   __Michael Heinold, Managing Member__
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re __MacDremma, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael A. Heinold**, declare under penalty of perjury that I am the Managing Member of MacDremma, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __3rd__ day of __March__, 20_23_.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael A. Heinold, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael A. Heinold, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael A. Heinold, Managing Member** of this Corporation is authorized and directed to employ **Summer Shaw, Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case."

Date __03/03/2023__

Signed _____
Michael A. Heinold

Resolution of Board of Directors
of
**MacDremma, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael A. Heinold, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael A. Heinold, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael A. Heinold, Managing Member** of this Corporation is authorized and directed to employ **Summer Shaw, Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case.

Date   **03/03/2023**                                   Signed _____

Date   _____     Signed _____